**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7988**

_____

DARRYL L. COOK,

             Plaintiff – Appellant,

       v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Richard M. Gergel, District
Judge.  (0:14-cv-02660-RMG)

_____

Submitted:  April 4, 2016                Decided:   May 3, 2016

_____

Before WILKINSON and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Darryl L. Cook, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl L. Cook appeals the district court's order accepting the recommendation of the magistrate judge and dismissing this action brought pursuant to the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cook v. United States</u>, No. 0:14-cv-02660-RMG (D.S.C. Dec. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>